UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVERINS GROUP, LLC,

Plaintiff,

-against-

NOVA CASUALTY COMPANY,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/18/2026__

25-CV-08241 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On January 12, 2026, the Court issued an opinion and order that granted Defendant's motion to compel arbitration, stayed this lawsuit, and required the parties to provide a status update on arbitration every sixty (60) days. Dkt. No. 23. On March 12, 2026, the Court received a status update from each party separately, albeit with similar content. *See* Dkt. Nos. 24 & 25. Both updates stated arbitration has not begun. *Id.* And both updates argued the burden was on the other party to commence arbitration. *Id.* Both parties then filed responsive letters pointing fingers at the other party for failing to commence arbitration proceedings. *See* Dkt. Nos. 26 & 27.

The dispute in these letters about who needs to take the next step to commence arbitration is unbecoming of both parties. Plaintiff initiated this lawsuit. Defendant moved to compel arbitration. Neither party should be sitting on their hands waiting for the other to take the next step. Accordingly, it is hereby ORDERED that the parties meet and confer to discuss arbitration proceedings and file a further status update on or before **April 6, 2026**. The Court expects the April 6, 2026 status letter to, <u>at a minimum</u>, confirm the parties have agreed to a process for beginning arbitration (if they have not already begun arbitration by then). Sanctions may follow if the Court determines one or both parties (or their counsel) are refusing to arbitrate in good faith or based on meaningless technicalities.

Dated: March 18, 2026
     New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge